# EXHIBIT 1

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,966,361
Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER



WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

FOR: WATER SLIDES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-0-2002; IN COMMERCE 4-0-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE SLIDE, APART FROM THE MARK AS SHOWN.

SER. NO. 78-295,111, FILED 9-2-2003.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

# United States Patent Office

761,883
Registered Dec. 24, 1963

## PRINCIPAL REGISTER
## Trademark

Ser. No. 118,388, filed Apr. 21, 1961

### SLIP 'N SLIDE

Wham-O Manufacturing Company (California corporation)
835 E. El Monte St.
San Gabriel, Calif.

For: FLEXIBLE PLASTIC WATER SLIDE, in CLASS 22.
First use Apr. 13, 1961; in commerce Apr. 13, 1961.
No claim of exclusive right is made to the use of "Slide."

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,924,744**
Registered Feb. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER



WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

   FOR: TOY WATER SLIDES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

   FIRST USE 5-0-1998; IN COMMERCE 12-0-1998.

   OWNER OF U.S. REG. NO. 1,432,069.

   THE MARK CONSISTS OF THE COLOR YELLOW APPLIED TO THE ENTIRE HORIZONTAL SURFACE OF WATER SLIDES AND THE COLOR BLUE APPLIED TO THE ENTIRE SURFACE OF THE BUMPERS FOR THE WATER SLIDES. THE MATTER SHOWN IN BROKEN LINES ON THE DRAWING SERVES POSITIONING OF THE MARK AND NO CLAIM IS MADE TO IT.

   SEC. 2(F).

   SER. NO. 76-538,066, FILED 8-4-2003.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

Reg. No. 1,432,069

**United States Patent and Trademark Office**  Registered Mar. 10, 1987

## TRADEMARK
### PRINCIPAL REGISTER



KRANSCO MANUFACTURING, INC. (CALIFORNIA CORPORATION)
160 PACIFIC AVENUE
SAN FRANCISCO, CA 941884866

FOR: WATER SLIDE TOYS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK IS LINED FOR THE COLOR YELLOW.
THE MARK CONSISTS OF THE SINGLE COLOR YELLOW APPLIED TO THE ENTIRE SURFACE OF THE GOODS.
SEC. 2(F).

SER. NO. 574,701, FILED 12-23-1985.

JAMES WALSH, EXAMINING ATTORNEY

Int. Cl.: **28**

Prior U.S. Cls.: **22, 23, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. **3,438,550**
Registered **May 27, 2008**

## TRADEMARK
### SUPPLEMENTAL REGISTER

## The Original Backyard Water Slide

WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVE.
EMERYVILLE, CA 94608

FOR: WATERSLIDES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-2007; IN COMMERCE 5-31-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WATER SLIDE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-248,470, FILED P.R. 8-6-2007; AM. S.R. 4-15-2008.

ELI HELLMAN, EXAMINING ATTORNEY